IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY JOHNSON,

    Plaintiff,

vs.

S. WHITE,

    Defendant.

Case No. 18-cv-410-JPG-DGW

## JUDGMENT

This matter having come before the Court, the plaintiff having died, and no party having been substituted,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: October 16, 2018**

    **MARGARET M. ROBERTIE, Clerk of Court**

    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**